IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02131-WYD-CBS

SCOTT JURDEM,

    Plaintiff,

v.

BOARD OF ADJUSTMENT OF BOULDER COUNTY;
THE COUNTY OF BOULDER, COLORADO;
DAVID WEBSTER, P.E., CFM, Water Resources Engineer/Floodplain Administrator (acting on behalf of the Boulder County Engineer);
HIGHLAND PROPERTIES 2905 LLC, a Colorado Limited Liability Company;
KAREN BERNARDI; and
MARC BERNARDI, individually,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The County Defendants' Unopposed Motion for Leave to File Record under Colo. R. Civ. P. 106(a)(4) (filed December 7, 2005) is **GRANTED**.  The Court Defendants shall file the record by **Monday, December 19, 2005**.

    Dated:  December 8, 2005

                                        s\ Sharon Shahidi
                                        Law Clerk to
                                        Wiley Y. Daniel
                                        U.S. District Court