IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02131-WYD-CBS

SCOTT JURDEM,

    Plaintiff,

v.

BOARD OF ADJUSTMENT OF BOULDER COUNTY;
THE COUNTY OF BOULDER, COLORADO;
DAVID WEBSTER, P.E., CFM, Water Resources Engineer/Floodplain Administrator
(acting on behalf of the Boulder County Engineer);
HIGHLAND PROPERTIES 2905 LLC, a Colorado Limited Liability Company;
KAREN BERNARDI; and
MARC BERNARDI, individually,

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on a review of the motions to dismiss.  In light of the filing of Board of Adjustment, County of Boulder and David Webster's ["the County Defendants"] Motion to Dismiss Plaintiff's Second Amended Complaint (on January 12, 2006), it is

ORDERED that the County Defendants' Motion to Dismiss Plaintiff's First Amended Complaint filed October 25, 2006, is **DENIED AS MOOT**.

Dated: January 17, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge