IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02131-WYD-CBS

SCOTT JURDEM,

    Plaintiff,

v.

BOARD OF ADJUSTMENT OF BOULDER COUNTY;
THE COUNTY OF BOULDER, COLORADO;
DAVID WEBSTER, P.E., CFM, Water Resources Engineer/Floodplain Administrator
(acting on behalf of the Boulder County Engineer);
HIGHLAND PROPERTIES 2905 LLC, a Colorado Limited Liability Company;
KAREN BERNARDI; and
MARC BERNARDI, individually,

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice with respect to Defendant Highland Properties 2905 LLC .  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Stipulated Motion for Dismissal With Prejudice with respect to Defendant Highland Properties 2095 LLC filed May 26, 2006 is **GRANTED.**  In accordance therewith, it is

ORDERED that any and all claims against Defendant Highland Properties 2905 LLC are **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs with respect to the claims involving Highland Properties 2905 LLC.  It is

FURTHER ORDERED that henceforth Highland Properties 2905 LLC shall be taken off the caption.

Dated: May 30, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge