IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02131-WYD-CBS

SCOTT JURDEM,

    Plaintiff,

v.

BOARD OF ADJUSTMENT OF BOULDER COUNTY;
THE COUNTY OF BOULDER, COLORADO;
DAVID WEBSTER, P.E., CFM, Water Resources Engineer/Floodplain Administrator
(acting on behalf of the Boulder County Engineer);
KAREN BERNARDI; and
MARC BERNARDI, individually,

    Defendants.

**ORDER**

    THIS MATTER is before the Court on the parties' Stipulation and Unopposed Motion for Administrative Closure filed May 30, 2006.  The Court, having reviewed the Stipulation and Unopposed Motion for Administrative Closure and being fully advised in the premises,

    ORDERS that the Stipulation is **APPROVED** and the Unopposed Motion for Administrative Closure is **GRANTED**.  Accordingly, it is

    ORDERED that the Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this action pursuant to D.C.COLO.LCivR 41.2 subject to re-opening for good cause shown.  It is

FURTHER ORDERED that the case shall be reopened upon the filing of an unopposed motion to reopen in the circumstances and pursuant to the terms described in paragraphs 10 and 13 of the Stipulation and Unopposed Motion for Administrative Closure executed by counsel for all parties in this action. Finally, it is

ORDERED that the pending motions to dismiss (docket # 1, 6 and 43) are **DENIED AS MOOT** in light of the closure of this case.

Dated: June 1, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge