IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02131-WYD-CBS

SCOTT JURDEM,

      Plaintiff,

v.

BOARD OF ADJUSTMENT OF BOULDER COUNTY;
THE COUNTY OF BOULDER, COLORADO;
DAVID WEBSTER, P.E., CFM, Water Resources Engineer/Floodplain Administrator
(acting on behalf of the Boulder County Engineer);
KAREN BERNARDI; and
MARC BERNARDI, individually,

      Defendants.

---

**ORDER**

---

THIS MATTER is before the Court upon a review of the file.  On June 1, 2006, this case was administrative closed with leave to reopen for good cause shown.  A year has passed and it may be appropriate due to the passage of time to now dismiss the case.  Accordingly, it is

ORDERED that on or before **Friday, June 15, 2007,** the parties shall file either a stipulation for dismissal or a joint status report indicating why the case should remain administratively closed and not be dismissed.  In the event that such filing is not made by the above deadline, the case shall be dismissed without prejudice without further notice to any party.

Dated:  June 1, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge