IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02131-WYD-CBS

SCOTT JURDEM,

      Plaintiff,

v.

BOARD OF ADJUSTMENT OF BOULDER COUNTY;
THE COUNTY OF BOULDER, COLORADO;
DAVID WEBSTER, P.E., CFM, Water Resources Engineer/Floodplain Administrator
(acting on behalf of the Boulder County Engineer);
KAREN BERNARDI; and
MARC BERNARDI, individually,

      Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (filed October 23, 2007).  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties.  I note that the case was administratively closed on June 1, 2006.  After a careful review of the Stipulation and the file, I conclude that the case should be reopened so that the Stipulation can be approved and the case dismissed.  Accordingly, it is

ORDERED that the case is **REOPENED** from administrative closure.  It is

FURTHER ORDERED that the Stipulation for Dismissal with Prejudice is

**APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay its attorneys' fees and costs.

Dated:  October 23, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge